UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TEAMSTERS UNION LOCAL NO. 59, <br><br> Plaintiff, <br> v. <br><br> BRITTANY DYEING AND PRINTING CORPORATION, <br><br> Defendant. | CIVIL ACTION NO. |

## NOTICE OF REMOVAL

NOTICE IS HEREBY GIVEN THAT Defendant Brittany Dyeing and Printing Corporation ("Brittany" or "Defendant"), by its undersigned counsel, files this Notice of Removal of the above-captioned action to the United States District Court for the District of Massachusetts, from the Superior Court of the Commonwealth of Massachusetts for the County of Bristol, where the action is now pending, as provided by 28 U.S.C. §§ 1331, 1441 and 1446. In support of this removal, Brittany states as follows:

1. On September 13, 2012, Plaintiff Teamsters Union Local No. 59 ("Local 59" or "Plaintiff") commenced a civil action against Defendant in Bristol Superior Court entitled *Teamsters Union Local No. 59 v. Brittany Dyeing and Printing Corporation*, Civil Action No. 12-1008 (the "State Court Action"). Upon information and belief, a true and correct copy of the Complaint, Summons and Civil Action Cover Sheet is attached hereto as Exhibit A and constitutes all pleadings and orders received by Defendant in this action to the present date. *See* 28 U.S.C. § 1446(a).

2. Plaintiff served the State Court Action Summons and Complaint upon Defendant on September 25, 2012. The instant Notice of Removal is being filed within thirty (30) days of the date upon which Defendant was served and is timely filed under 28 U.S.C. § 1446(b).

3. This action is a civil action of which this Court has original jurisdiction because Plaintiff moves to vacate an arbitration award that resulted from an interpretation of a collective bargaining agreement between Brittany and Local 59. Thus, Plaintiff's claim is preempted by Section 301 of the Labor Management Relations Act. 29 U.S.C. § 185. Section 301(a) provides federal jurisdiction over "suits for violation of contracts between an employer and a labor organization." 29 U.S.C. § 185(a).

> The pre-emptive force of § 301 is so powerful as to displace entirely any state cause of action "for violation of contracts between an employer and a labor organization." Any such suit is purely a creature of federal law, notwithstanding the fact that state law would provide a cause of action in the absence of § 301.

*Lingle v. Norge Div. Of Magic Chef, Inc.*, 486 U.S. 399 (1988). As such, actions to confirm or vacate labor arbitration awards are subject to federal question jurisdiction. *See, e.g., Carter v. Health Net of California,* 374 F.3d 830 (9th Cir. 2004) (§301 preemption is a basis for federal question jurisdiction over actions to compel arbitration as well as petitions to confirm or vacate arbitration awards); *Mulvaney Mech. Inc. vs. Sheet Metal Workers Int'l Assoc. Local 38,* 351 F.3d 43, 45 (2nd Cir. 2003) (§301 of the Labor Management Relations Act conferred federal question jurisdiction over action to vacate arbitration award).

4. Venue is proper in this Court as this is the court for the district and division embracing the place where the action is pending in state court. 28 U.S.C. §§ 108 and 1441(a).

5. A true and complete copy of this Notice of Removal has been served this day by mail on the Clerk of the Bristol Superior Court for filing in accordance with 28 U.S.C. § 1446(d). A copy of the Notice of Filing of Notice of Removal is attached hereto as Exhibit B, the original of which is being filed with the Bristol County Superior Court Civil Clerk.

6. A true and accurate copy of this Notice of Removal and the State Court Action Notice of Filing of Notice of Removal have also been served this day via first class mail upon Plaintiff.

WHEREFORE, Brittany respectfully requests that the State Court Action be removed and hereinafter proceed in the United States District Court for the District of Massachusetts.

Respectfully submitted,

BRITTANY DYEING AND PRINTING CORPORATION,

By its attorneys,

/s/ F. Arthur Jones II
John D. Doran (BBO No. 638230)
F. Arthur Jones II (BBO No.  680612)
LITTLER MENDELSON, P.C.
One International Place, Suite 2700
Boston, MA  02110
Tel:  (617) 378-6000
Fax:  (617) 830-8242
ajones@littler.com
jdoran@littler.com

Dated:  October 10, 2012

**CERTIFICATE OF SERVICE**

      I, F. Arthur Jones II, hereby certify that on this 10th day of October 2012, the foregoing Notice of Removal was filed electronically through the ECF system, is available for viewing and downloading from the ECF system, will be sent electronically to counsel of record as registered participants identified on the Notice of Electronic Filing and via first class mail to all non-registered participants identified on the Notice of Electronic Filing, including the attorney of record for plaintiff:

    Leonard Schneider, Esq.
    Law Offices of Leonard Schneider, P.C.
    28 Market Street
    Swansea, MA 02777

                                      /s/ F. Arthur Jones II
                                      F. Arthur Jones II

Firmwide:114772125.1 052869.1000