UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                )
TEAMSTERS UNION LOCAL           )
NO. 59,                         )
                                )
        Plaintiff,              )
                                )
v.                              )   Civil Action No. 12-11896-PBS
                                )
BRITTANY DYEING AND PRINTING    )
CORP.,                          )
                                )
        Defendant.              )
_____)

REPORT AND RECOMMENDATIONS ON
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

November 12, 2013

SOROKIN, C.M.J.

The Plaintiff, Teamsters Union Local No. 59 (the Union), has brought suit against the Defendant, Brittany Dyeing and Printing Corporation (the Company), seeking to vacate an arbitration award ostensibly premised upon an interpretation of a collective bargaining agreement between the Union and the Company. Docket # 1-1.

Pending is the Union's Motion for Summary Judgment. Docket # 17. For the following reasons, I RECOMMEND that the Court DENY the Union's Motion.

I.    FACTUAL AND PROCEDURAL BACKGROUND

The relevant facts are undisputed.[1] The Company is a corporation operating a facility in New Bedford, Massachusetts which is engaged primarily in the dyeing of textile materials.

_____

[1] The Union's statement pursuant to L.R. 56.1 of the material facts as to which it contends there are no genuine disputes is not opposed by the Company, and thus the Union's facts are deemed admitted. See L.R. 56.1.

[Handwritten margin notes:] 1/31/14  After a review of the Report and Recommendation, to the objections and the arbitration and memorandum, deny the motion to vacate the award and enter judgment confirming the award. (Patti B. Saris)  Recommendation, adopt the recommendation